103 A.3d 1290

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Michael SANFORD, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 19, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of November, 2014, The Request that the Commonwealth's Informal Answer be Quashed and Vacated and the Petition for Allowance of Appeal are hereby **DENIED.**